# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1275**

**September Term, 2025**

**EPA-90FR55671**

**Filed On: May 15, 2026** [2173578]

Environmental Defense Fund, et al.,

        Petitioners

     v.

Lee M. Zeldin, Administrator, U.S.
Environmental Protection Agency and
Environmental Protection Agency,

        Respondents

------------------------------

Western Energy Alliance, et al.,
        Intervenors

## O R D E R

Upon consideration of respondents' unopposed motion to extend the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioners' Brief | June 3, 2026 |
| Briefs of Amici Supporting Petitioners, if any | June 10, 2026 |
| Respondents' Brief | July 31, 2026 |
| State Intervenors' Brief | August 14, 2026 |
| Industry Intervenors' Brief | August 14, 2026 |
| Briefs of Amici Supporting Respondents, if any | August 14, 2026 |
| Petitioners' Reply Brief | August 25, 2026 |
| Deferred Appendix | August 28, 2026 |
| Final Briefs | September 1, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk